IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01116-LTB-KMT

MOHAMMED PERVEZ, an individual,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC., d/b/a The Home Depot, a Delaware corporation, and
BRICE FOLAND, an individual

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Defendants' "Unopposed Motion for Entry of Stipulated Protective Order" (#30, filed March 13, 2008) is GRANTED. The Protective Order will be entered.


Dated: March 17, 2008